UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| IN RE:<br><br>RHODE ISLAND LABORER'S DISTRICT COUNCIL, by and through, TRUSTEES OF THE RHODE ISLAND LABORER'S HEALTH AND WELFARE FUND, TRUSTEES OF THE RHODE ISLAND LABORER'S PENSION FUND, TRUSTEES OF THE RHODE ISLAND LABORER'S TRAINING TRUST FUND, TRUSTEES OF THE RHODE ISLAND LABORER'S LEGAL SERVICES FUND, AND TRUSTEES OF TRUSTEES OF THE RHODE ISLAND CONSTRUCTION INDUSTRY ADVANCEMENT FUND<br><br>v.<br><br>PYTKO CONSTRUCTION CORP. | C.A. No. 07-122ML |

ANSWER

Defendant, Pytko Construction Corp. ("Pytko") hereby answers Plaintiff's Complaint as follows.

Count I

1. This is a prefatory paragraph to which no response is required. To the extent that a response is required, Admitted that this Court has subject matter jurisdiction over this matter.
2. This paragraph states a legal conclusion to which no response is required. To the extent that a response is required, Pytko does not object to venue.
3. Pytko is without knowledge or information sufficient to form a belief as to the truth of the averments in paragraph 3 and therefore, they are denied.

4. Pytko is without knowledge or information sufficient to form a belief as to the truth of the averments in paragraph 4 and therefore, they are denied.
5. Pytko is without knowledge or information sufficient to form a belief as to the truth of the averments in paragraph 5 and therefore, they are denied.
6. This paragraph states a legal conclusion to which no response is required. To the extent that any further response is required, Denied.
7. This paragraph states a legal conclusion to which no response is required. To the extent that any further response is required, Denied.
8. Pytko is without knowledge or information sufficient to form a belief as to the truth of the averments in paragraph and therefore, they are denied.
9. Pytko is without knowledge or information sufficient to form a belief as to the truth of the averments in paragraph 9 and therefore, they are denied.
10. Admitted.
11. This paragraph states a legal conclusion to which no response is required. To the extent that any further response is required, Denied.
12. Admitted that Pytko is a party to a collective bargaining agreement. Pytko further states that the collective bargaining agreement speaks for itself. To the extent that any further response is required, Denied.
13. Pytko states that the collective bargaining agreement speaks for itself. To the extent that any further response is required, Denied.
14. Pytko states that the collective bargaining agreement speaks for itself. To the extent that any further response is required, Denied.
15. Pytko is without knowledge or information sufficient to form a belief as to the truth of the averments in paragraph 15 and therefore, they are denied.
16. This paragraph states a legal conclusion to which no response is required. To the extent that any further response is required, Denied.
17. This paragraph states a legal conclusion to which no response is required. To the extent that any further response is required, Denied.
18. Denied.
19. Pytko is without knowledge or information sufficient to form a belief as to the truth of the averments in paragraph 19 and therefore, they are denied.

Count II

Pytko repeats and incorporates its answers to paragraphs 1-19 as if set forth in full herein.

1. Pytko states that the collective bargaining agreement speaks for itself. To the extent that any further response is required, Denied.
2. This paragraph states a legal conclusion to which no response is required. To the extent that any further response is required, Denied.
3. Pytko is without knowledge or information sufficient to form a belief as to the truth of the averments in paragraph 3 and therefore, they are denied.
4. This paragraph states a legal conclusion to which no response is required. To the extent that any further response is required, Denied.
5. Pytko is without knowledge or information sufficient to form a belief as to the truth of the averments in paragraph 5 and therefore, they are denied.
6. This paragraph states a legal conclusion to which no response is required. To the extent that any further response is required, Denied.
7. Pytko is without knowledge or information sufficient to form a belief as to the truth of the averments in paragraph 7 and therefore, they are denied.
8. Pytko states that the collective bargaining agreement speaks for itself. To the extent that any further response is required, Denied.
9. Pytko is without knowledge or information sufficient to form a belief as to the truth of the averments in paragraph 9 and therefore, they are denied.
10. Denied.

First Affirmative Defense

Plaintiff's Complaint fails to state a claim upon which relief may be granted.

Second Affirmative Defense

Plaintiffs have an adequate remedy at law.

WHEREFORE, Defendant Pytko Construction Corp. demands that Plaintiff's Complaint be dismissed, and that Defendant Pytko Construction Corp. be awarded costs and reasonable attorney's fees related thereto.

PYTKO CONSTRUCTION CORP.
By its Attorneys,

/s/ Roger N. LeBoeuf

Roger N. LeBoeuf, BBO # 628361
HEALD & LEBOEUF, LTD.
606 Old Colony House
58 Weybosset Street
Providence, RI 02903-2817
Tel: (401) 421-1500
Fax: (401) 331-5886
Email: rnl@healdandleboeuf.com

Dated: May 14, 2007

CERTIFICATION

I hereby certify that I am mailing a true copy of the within Answer to Peter Comerford, Esq., Coia & Lepore, Ltd., 226 South Main Street, Providence RI 02903 this 14th day of May 2007.

/s/ Roger N. LeBoeuf