**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

IN RE:

| | | |
|---|---|---|
| RHODE ISLAND LABORER'S DISTRICT COUNCIL, by and through, TRUSTEES OF THE RHODE ISLAND LABORERS' HEALTH AND WELFARE FUND, TRUSTEES OF THE RHODE ISLAND LABORERS' PENSION FUND, TRUSTEES OF THE RHODE ISLAND LABORERS' TRAINING TRUST FUND, TRUSTEES OF THE RHODE ISLAND LABORERS' LEGAL SERVICES FUND, AND TRUSTEES OF THE RHODE ISLAND CONSTRUCTION INDUSTRY ADVANCEMENT FUND | : | |
| v. | : | C.A. NO. |
| PYTKO CONSTRUCTION CORP. | : | |

## <u>PLAINTIFF'S PRE-TRIAL MEMORANDUM</u>

## <u>FACTS</u>

This is a collection action pursuant to ERISA for unpaid union dues and benefits. Defendant is a party to a collective bargaining agreement ("CBA") with plaintiff pursuant to which defendant employs laborers who are members of the laborers' union. Under the CBA, defendant is obligated to provide monthly remittance reports, under oath, setting forth the members employed, the hours worked, and the benefits and dues owed to plaintiff.

Defendant has filed such reports for April through July, 2007, indicating total benefits due of $32,197.70, and dues amounting to $1,367.45. These are numbers computed by defendant from defendant's own books and records. No payments accompanied these reports.

## WITNESSES

Donald Lavin, a benefits administrator will testify on behalf of plaintiff.

## EXHIBITS

Plaintiff will offer the remittance reports filed by defendant as Exhibits, as well as any reports for the months from August onward.

## LENGTH OF TRIAL

Less than a day.

Plaintiff,
By its attorneys,
COIA & LEPORE, LTD.

/s/ Peter J. Comerford, #3588
226 South Main Street
Providence, Rhode Island 02903
(401)751-5522
(401)751-8383 fax
E-mail pcomerfo@coialepore.com

## CERTIFICATION

I hereby certify that on this 18th day of October, 2007, I filed this document electronically and that it is available for viewing and downloading from the ECF system. This document was served by electronic mail upon:

Roger N. LeBoeuf, Esq.
Heald & LeBoeuf, Ltd.
606 Old Colony House
58 Weybosset Street
Providence, RI 02903-2817