UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

**CA 07-122ML RI Laborer's, et al v. Pytko Construction**

TRIAL NOTICE

You are hereby notified that the above-captioned case is on the trial calendar for **December, 2007.** Counsel are on 48 hour notice commencing **December 3, 2007.**

Counsel are reminded that all exhibits should be pre-marked and if any court equipment (i.e. overhead projector; VCR etc) is needed during the trial, counsel are to give the courtroom deputy at least 24 hours notice of what they need.

Counsel are to advise the clerk of any settlement and file a stipulation of dismissal on or before **November 28, 2007.**

Mary M. Lisi
Chief United States District Judge
October 31 ,2007