UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

**CA 07-122ML RI Laborer's, et al v. Pytko Contruction**

NON-JURY TRIAL NOTICE

You are hereby notified that the above-captioned case is on my **April, 2008** trial calendar. **Counsel are on 48 hour notice commencing April 23, 2008.**

Counsel are reminded that all exhibits should be pre-marked and if any court equipment (i.e. overhead projector; VCR etc) is needed during the trial, counsel are to give the courtroom deputy at least 24 hours notice of what they need.

**Any pre-trial memoranda not previously filed must be filed on or before April 23, 2008.**

Counsel are to advise the clerk of any settlement and file a stipulation of dismissal one week prior to trial.

Mary M. Lisi
Mary M. Lisi
Chief United States District Judge
March 25, 2008